Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
Victoria Bauman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Victoria Bauman<br><br>    Plaintiff,<br><br> v.<br><br>Kohl's Corporation<br><br>    Defendant | CASE NO. 1:21-cv-00519<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CIVIL LOCAL RULE 7.1) |

To: The Court and All Parties of Record.

The undersigned, counsel of record for Victoria Bauman, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Victoria Bauman<br>Kiel, WI | Plaintiff |
| Elliot Gale<br>Gale, Angelo, Johnson, & Pruett, P.C.<br>1430 Blue Oaks Blvd., Ste. 250<br>Roseville, CA 95747 | Counsel for Plaintiff |

                 **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated: April 23, 2021          */s/ Elliot Gale*
                   Elliot Gale
                   Attorney for Plaintiff