UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VICTORIA BAUMAN | ) |
|     Plaintiff | ) |
| vs. | )    Case No. 1:21-cv-00519 |
| KOHL'S CORPORATION | ) |
|     Defendant. | ) |

**DEFENDANT KOHL'S, INC.'S
NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United Stated District Court for the Eastern District of Wisconsin, Defendant Kohl's, Inc., misnamed as Kohl's Corporation (hereinafter "Defendant"), states as follows: Defendant is a wholly owned subsidiary of Kohl's Corporation, which is a publicly held corporation. No other public companies own more than 10% of Kohl's, Inc.'s stock. As of this date, Defendant is unaware of any person or entity, other than the named parties, with a pecuniary or other interest that could be substantially affected by the outcome of this proceeding.

1

Dated:  May 18, 2021

                                            By**:**   */s/ Michael F. Tuchalski*_____  
                                                    Michael F. Tuchalski (1059017)  
                                                    Kohl's, Inc.  
                                                    N56 W17000 Ridgewood Drive  
                                                    Menomonee Falls, WI 53051  
                                                    Telephone: (262) 703-7706  
                                                    Email: michael.tuchalski@kohls.com  
                                                    *Attorneys for Defendant Kohl's, Inc.*

2

**Error! Unknown document property name.**  
Case 1:21-cv-00519-WCG   Filed 05/18/21   Page 2 of 3   Document 6

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the within Defendant Kohl's, Inc.'s Corporate Disclosure Statement via the Court's electronic filing system upon the following:

Elliot Gale, Esq.
Gale, Angelo, Johnson & Pruett, P.C.
1430 Blue Oakes Blvd., Ste. 250
Roseville, CA 95747
Phone:  (916) 290-7778
Fax:  (916) 721-2767
Email:  egale@gajplaw.com
*Attorneys for Plaintiff*
*Victoria Bauman*


Dated:  May 18, 2021 　　　　　　　　　*/s/ Michael F. Tuchalski*
　　　　　　　　　　　　　　　　　　　Michael F. Tuchalski

3

Error! Unknown document property name.
Case 1:21-cv-00519-WCG   Filed 05/18/21   Page 3 of 3   Document 6