UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| VICTORIA BAUMAN, | Case No. 1:21-cv-00519-WCG |
| Plaintiff, | **STIPULATION TO DISMISS KOHL'S CORPORATION WITH PREJUDICE** |
| v. | |
| KOHL'S CORPORATION | |
| Defendant. | |

Plaintiff Victoria Bauman and Defendant Kohl's Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss all claims in this action as to Kohl's Corporation, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 23, 2022

| | |
|---|---|
| */s/ Elliot Gale* | */s/ Michael Tuchalski* |
| Elliot Gale | Michael Tuchalski |
| **GALE, ANGELO, JOHNSON,** | **KOHL'S, INC.** |
| **& PRUETT, P.C.** | N56 W17000 Rdigewood Dr. |
| 1430 Blue Oaks Blvd., Suite 250 | Menomonee Falls, WI 53051 |
| Roseville, CA 95747 | Telephone: 262-703-7706 |
| Telephone: (916) 290-7778 | Facsimile: 262-703-7274 |
| Facsimile: (916) 721-2767 | Email: Michael.tuchalski@kohls.com |
| Email: egale@gajplaw.com | |